UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MEGAN PHILLIPS,

                            Plaintiff,

      -against-

@ THE SALON INC, and JAMES FONG,

                          Defendants.

------------------------------------ x

ORDER

18 Civ. 5154 (GBD)

GEORGE B. DANIELS, United States District Judge:

      The parties in this FLSA action have reached a settlement and jointly move for an order approving the settlement and dismissing the case. (ECF No. 19.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $13,065.00, minus lawful withholdings and deductions to be paid on an IRS Form W-2, is approved;

2. The payment of attorneys' fees and expenses to Plaintiff's attorneys in the amount of $6,935.00 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
       November 26, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge